JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| INDO-PHILI, INC., a California corporation,<br><br>    Plaintiff/Counter-defendant,<br><br>v.<br><br>CIRCLE K STORES INC., a Texas Corporation,<br><br>    Defendant/Counter-claimant. | Case No.: 2:25-cv-01949-JFW-SSCx<br><br>**JUDGMENT**<br><br>Action Filed: March 5, 2025 |

Pursuant to this Court's Order Granting Defendant/Counter-Claimant Circle K Stores Inc.'s Motion for Summary Judgment filed on March 19, 2026 (Doc. 82), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1.      Judgment is entered in favor of Defendant/Counter-Claimant Circle K Stores Inc. ("Circle K") and against Plaintiff/Counter-Defendant Indo-Phili, Inc. ("Indo-Phili") on Indo-Phili's Complaint (Doc. 1): Indo-Phili to take nothing by its Complaint (Doc. 1).

2.      Judgment is entered in favor of Circle K and against Indo-Phili on Circle K's Counterclaim for declaratory relief under 28 U.S.C. § 2201 (Doc. 19): the Court declares that (1) Circle K's Notice of Nonrenewal dated May 24, 2024 was valid and lawful under the Petroleum Marketing Practices Act, 15 U.S.C. §§ 2801–2841, and (2) Indo-Phili must vacate the property located at 3950 West Olympic Boulevard, Los Angeles, California 90019 within 60 days of entry of this Judgment.

3.      This Judgment resolves all claims and counterclaims in this action.

IT IS SO ORDERED.

Date: March 27, 2026

Hon. John F. Walter
United States District Judge